**ORDR**
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KRAVITZ, SCHNITZER, SLOANE &
 JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4149
Facsimile: (702) 362-2203
Email: gschnitzer@kssattorneys.com
         mmorgan@kssattorneys.com
*Attorneys for Defendants,*
*LITTON LOAN SERVICING LP* and
Co-Counsel for BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHEN PESHEK, an individual,<br><br>                           Plaintiff,<br>vs.<br><br>LITTON LOAN SERVICING, a foreign entity doing business in Nevada; BANK OF AMERICA, a foreign corporation doing business in Nevada; NATIONAL DEFAULT SERVICE CORP., an entity doing business in Nevada; and DOES and ROE 1 thru 100,<br><br>                           Defendants. | Case No.: 2:10-cv-00812-GMN-RJJ<br><br><u>**ORDER EXPUNGING LIS PENDENS**</u> |

This Court, having considered the Motion to Expunge Lis Pendens filed with the Court by Bank of America, N.A. and Litton Loan Servicing LP, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the particular Lis Pendens concerning the following described property situated in Clark County, Nevada:

Address: 5301 Mountain View Drive, Las Vegas, Nevada 89146

APN: 163-01-611-030

and recorded on the 23rd day of April, 2010, as Instrument No. 201004260004078 in the Office

of the County Recorder of Clark County, Nevada, is hereby lifted, cancelled, expunged, and **RELEASED IN FULL.**

**THE COURT FURTHER ORDERS** the Defendants to record a properly certified copy of this Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**DATED** this 27th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:

KRAVITZ, SCHNITZER SLOANE & JOHNSON, CHTD.

_____
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorneys for Defendants*
*Litton Loan Servicing, LP and*
*Bank of America, N.A.*